COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Earnest J. Matthews v. Sherell Randall

Appellate case number:   01-21-00019-CV

Trial court case number:  19-DCV-264316

Trial court:               240th District Court of Fort Bend County

Appellant Earnest J. Matthews, an inmate, filed a pro se appeal from the trial court's order signed December 17, 2020 dismissing his suit for want of prosecution.

On February 24, 2021, appellant filed an application to proceed in forma pauperis on appeal. The application was not completed on the proper form and did not supply the information required by the Texas Supreme Court to obtain indigency status. On April 22, 2021, this Court forwarded the Texas Supreme Court's Statement of Inability to Afford Costs and instructed appellant that, should he file a Statement of Inability in compliance with Rule 145 in the trial court and should the trial court grant his request, he must request the preparation and filing of a supplemental clerk's record. The supplemental clerk's record filed on May 12, 2021 contained the same non-compliant form that appellant previously filed in this Court.

If appellant claims he is unable to afford payment of costs for the appellate record, he must comply with Texas Rule of Civil Procedure 145(a) **and complete and file the attached Statement of Inability to Afford Costs with the trial court clerk**.[1] *See* TEX. R. CIV. P. 145(a). If granted, appellant also must request the preparation and filing of a supplemental clerk's record **within twenty-one days of the date of the trial court's order**, containing the Statement of Inability. If appellant claims an inability to afford payment of filing fees and other fees assessed

---

[1]     Rule 145 requires a declarant to use the attached form Statement of Inability to Afford Payment of Court Costs, which has been approved by the Texas Supreme Court. *See* TEX. R. CIV. P. 145(a)–(b). In the alternative, the declarant may provide all the information required by the Texas Supreme Court's form: his full legal name, his address, phone number, email, date of birth, dependents, whether he is represented by Legal Aid or asked for a Legal Aid provider; whether he receives public benefits and if so, which ones; his monthly income and income sources; the value of any property he owns; his monthly expenses; and his debts, all of which must be stated under penalty of perjury. The affidavit of indigence filed by appellant in this Court on February 22, 2021 and in the trial court do not comply with Rule 145.

by the appellate court, **he must also complete and file the attached Statement of Inability to Afford Costs with this Court**. *See* TEX. R. APP. P. 20.1, comment.

In addition, Appellant has not complied with the requirements of Chapter 14 of the Texas Civil Practices and Remedies Code governing inmate litigation. Section 14.004 of the Texas Civil Practice and Remedies Code provides that an inmate who files a statement or unsworn declaration of inability to pay costs must file an additional affidavit or declaration in the trial court identifying each prior lawsuit, other than an action under the Family Code, filed by the inmate without legal representation. TEX. CIV. PRAC. & REM. CODE § 14.004(a). As to each prior lawsuit, the affidavit or declaration must specify the operative facts, the case name or style, the cause number, the court in which it was brought, the names of the parties, and the result of the suit. *Id.* If a previous action or claim was dismissed as frivolous or malicious, the affidavit or unsworn declaration of previous filings must state the date of any final judgment or order affirming the dismissal. TEX. CIV. PRAC. & REM. CODE § 14.004(b). If there are no prior lawsuits, the affidavit must say that.

Additionally, the affidavit or unsworn declaration of previous filings must be accompanied by a certified copy of the inmate's trust account statement reflecting the balance of the account at the time the appeal was filed and all account activity during the six months preceding the date the appeal was filed. TEX. CIV. PRAC. & REM. CODE §§ 14.004(c); 14.006(f); *see Douglas v. Moffett*, 418 S.W.3d 336, 339 (Tex. App.—Houston [14th Dist.] 2013, no pet.).

Appellant did not file an additional affidavit or declaration relating to previous filings in the trial court although he did attach a six-month history of his inmate trust account.

Finally, we note that Appellant prematurely filed a brief on April 16, 2021, before the reporter's record had been filed. The brief does not comply with the relevant rules in that it does not:

- contain citations to the record, *see* TEX. R. APP. P. 38.1(d), (f)-(k);
- contain the identity of parties and counsel, *see* TEX. R. APP. P. 38.1(a); and
- contain an appendix, *see* TEX. R. APP. P. 38.1(k).

Accordingly, the brief is **stricken**. Appellant must file a corrected brief in compliance with Texas Rule of Appellate Procedure 38. The deadline for filing the corrected brief is thirty days after the date the reporter's record is filed. TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                    Acting individually

Date: July 27, 2021

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: _____
*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: _____
*(Print first and last name of the person being sued.)*

In the *(check one)*:

Court Number _____

☐ District Court
☐ County Court / County Court at Law
☐ Justice Court

_____ Texas
*County*

# Statement of Inability to Afford Payment of Court Costs
# or an Appeal Bond in Justice Court

## 1. Your Information

My full legal name is: _____   My date of birth is: ___ / ___ / ___
                       *First      Middle      Last*                          *Month/Day/Year*

My address is: *(Home)* _____

*(Mailing)* _____

My phone number: _____ My email: _____

About my **dependents:** "The people who depend on me financially are listed below.

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

## 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

**-or-**

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

**or-**

☐ I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. **- or -**

☐ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check)*

☐ Food stamps/SNAP ☐ TANF ☐ Medicaid ☐ CHIP ☐ SSI ☐ WIC ☐ AABD
☐ Public Housing or Section 8 Housing ☐ Low-Income Energy Assistance ☐ Emergency Assistance
☐ Telephone Lifeline ☐ Community Care via DADS ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

**4. What is your monthly income and income sources?**

"I get this monthly income:

$_____ in monthly wages. I work as a _____ for _____ .
*Your job title* *Your employer*

$_____ in monthly unemployment. I have been unemployed since *(date)* _____ .

$_____ in public benefits per month.

$_____ from other people in my household each month: *(List only if other members contribute to your household income.)*

$_____ from ☐ Retirement/Pension ☐ Tips, bonuses ☐ Disability ☐ Worker's Comp
☐ Social Security ☐ Military Housing ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(If available)*

$_____ from other jobs/sources of income. *(Describe)* _____

$_____ is my *total* **monthly** income.

**5. What is the value of your property?**

"My **property** includes:   **Value***

Cash   $_____

Bank accounts, other financial assets

_____   $_____

_____   $_____

_____   $_____

Vehicles (cars, boats) *(make and year)*

_____   $_____

_____   $_____

_____   $_____

Other property (like jewelry, stocks, land, another house, etc.)

_____   $_____

_____   $_____

_____   $_____

*Total* value of property → $_____

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**6. What are your monthly expenses?**

"My **monthly expenses** are:   **Amount**

Rent/house payments/maintenance   $_____

Food and household supplies   $_____

Utilities and telephone   $_____

Clothing and laundry   $_____

Medical and dental expenses   $_____

Insurance (life, health, auto, etc.)   $_____

School and child care   $_____

Transportation, auto repair, gas   $_____

Child / spousal support   $_____

Wages withheld by court order   $_____

Debt payments paid to: *(List)*   $_____

_____   $_____

_____   $_____

*Total* Monthly Expenses → $_____

**7. Are there debts or other facts explaining your financial situation?**

"My **debts** include: *(List debt and amount owed)* _____

_____ "

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")* *Check here if you attach another page.* ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☐ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _____ . My date of birth is : ___ / ___ / _____ .

My address is _____
*Street*      *City*      *State*      *Zip Code*      *Country*

▶ _____ signed on ___ / ___ / ___ in _____ County, _____
*Signature*      *Month/Day/Year*      *county name*      *State*